# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
2009 APR -1 PM 2:27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*This space for Clerk's Office File Stamp*

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  M. James Lorenz
FROM: S. Yaptangco, Deputy Clerk    RECEIVED DATE: 03/30/09
CASE NO.: 09CV0429-L-CAB    DOCUMENT FILED BY: PJ Stewart
CASE TITLE: York v. Issa, et al
DOCUMENT ENTITLED: Notice to Show Cause

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☑ | | OTHER: Case closed; Case dismissed with prejudice |

Date forwarded: 03/30/09

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: M. JAMES LORENZ

Dated: 4/1/09     By: [signature]
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

REJECTED

US District Court of

Southern District of California

ORDER TO SHOW CAUSE

| Reverend Brian W. York<br>Jaymes Edward York-Eck<br>V.<br>STEFANIE AMARAL ECK AND 1983 CO-DEFENDANTS.<br><br>U.S. District Court  Southern District of California<br>Office of the Clerk<br>880 Front Street, Suite 4290<br>San Diego, CA 92101-8900 | FOR COURT USE ONLY |
|---|---|
| **NOTICE TO SHOW CAUSE** | CASE NUMBER<br>**3:09-cv-0429-L-CAB** |

Court must show why these sanctions under this section should not be imposed. If this court can not legally show why these sanctions should not be imposed under law, then the court will provide for the petitioner a court date, enforcing the sanctions.

| Court date | Court room | Time |
|---|---|---|
|  |  |  |

CALIFORNIA FAMILY. CODE 3027.1.  (a) If a court determines, based on the investigation described in Section 3027 or other evidence presented to it, that an accusation of child abuse or neglect made during a child custody proceeding is false and the person making the accusation knew it to be false at the time the accusation was made, the court may impose reasonable money sanctions, not to exceed all costs incurred by the party accused as a direct result of defending the accusation, and reasonable attorney's fees incurred in recovering the sanctions, against the person making the accusation.  For the purposes of this section, "person" includes a witness, a party, or a **party's attorney**.
   (b) On motion by any person requesting sanctions under this section, the court shall issue its order to show cause why the requested sanctions should not be imposed.  The order to show cause shall be served on the person against whom the sanctions are sought and a hearing thereon shall be scheduled by the court to be conducted at least 15 days after the order is served.
   (c) The remedy provided by this section is in addition to any other remedy provided by law.

_____                              _____
Date                                                  Judicial Signature

C.F.C. 3027.1. ORDER TO SHOW CAUSE 3:09-cv-0429-L-CAB - 1 -